## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTY WARREN, BARBARA WARREN, GARY PISCOTTANO, ALLISON PISCOTTANO, DOMENIC F. PAPSADORE, KELLY HEMMELER, CLIFFORD HEMMELER, PHILIP LABONTE, JR., | : : : : : : : | NO. 3:04CV-0537 (JCH) |
| *Plaintiffs,* | : : | |
| V. | : : : | |
| RICHARD WILLIAMS, RICHARD PERRON, CARMINE VERNO, PATRICK CAULEY FRANK GRIFFIN, PETER TERENZI, THOMAS GARBIDIAN, ROBERT BURGESS, EDWARD GOULD, DANIEL LEWIS, ROBERT KEENEY, DARREN EDWARDS, KAREN GABIANELLI, JULIE MOONEY, ERIC STEVENS, JUSTIN KELLEY, JOSEPH VOKET, JEFFREY DUBUC, MARK WYLER, RAOUL PALEN, STEVEN ORLOWSKI, ARTHUR WALKLEY, CHRISTOPHER LUNZ, STEVEN ZONGHETTI, DANIEL McCARTHY, CHRISTOPHER TONEY, JOSEPH MERCER, ERIC BASAK, MICHAEL ALOGNA, JAMES KODZIS, JEFFREY COVELLO, WILLIAM ROCHETTE, in their Individual capacities and the COMMISSIONER, Department of Public Safety in his official capacity, | : : : : : : : : : : : : : : : : : : : : : | |
| *Defendants.* | : | FEBRUARY 15, 2007 |

### STIPULATED SETTLEMENT

**WHEREAS,** the above-captioned action was brought by Marty Warren, Barbara Warren,

Gary Piscottano, Allison, Piscottano, Domenic F. Papsadore, Kelly Hemmeler, Clifford

Hemmeler, and Philip Labonte, Jr., as plaintiffs, against Richard Williams, Richard Perron,

Carmine Verno, Patrick Cauley, Frank Griffin, Peter Terenzi, Thomas Garbidian, Robert Burgess, Edward Gould, Daniel Lewis, Robert Keeney, Darren Edwards, Karen Gabianelli, Julie Mooney, Eric Stevens, Justin Kelley, Joseph Voket, Jeffrey Dubuc, Mark Wyler, Raoul Palen, Steven Orlowski, Arthur Walkley, Christopher Lunz, Steven Zonghetti, Daniel McCarthy, Christopher Toney, Joseph Mercer, Eric Basak, Michael Alogna, James Kodzis, Jeffrey Covello, William Rochette, in their individual capacities and the Commissioner, Department of Public Safety in his official capacity,  as defendants, alleging violations of their constitutional right to be free from unreasonable search and seizure under the Fourth Amendment to the U.S. Constitution arising out of an incident wherein a clubhouse under the control of the Outlaws Motorcycle Club at 27 Division Street, Waterbury, Connecticut was entered and searched pursuant to a search and seizure warrant on December 20, 2003;

**WHEREAS**, the plaintiffs, represented by Attorney Kathleen Eldergill, and the defendants, represented by Assistant Attorney General Stephen R. Sarnoski, acting upon the advice of their respective attorneys, agree that settlement of all the issues raised by the above-captioned action, would best serve the interests of the parties; and

**WHEREAS**, said parties have attested, and by affixing their signatures hereto do thereby acknowledge, that they voluntarily consent to this Stipulated Settlement as their free act and deed, without undue influence, coercion or duress, and expressly agree to be bound hereby;

**NOW, THEREFORE**, without further proceedings or adjudications of any of the issues of fact or law raised by the disputed claim(s) herein, the parties stipulate and agree as follows:

2

1.  The plaintiffs shall immediately, and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of this lawsuit, and shall execute the Release of Liability which is attached hereto as Exhibit A.

2.  Upon the dismissal of this lawsuit pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure as described above, and upon receipt of the signed Release of Liability, the State of Connecticut shall, within thirty (30) days, or as soon thereafter as practicable, pay to the plaintiff the sum of one hundred sixty thousand dollars ($160,000) through a check made payable to their attorney as trustee, to be disposed of as follows:

a.  One hundred thousand dollars ($100,000) shall be paid to the plaintiffs Barbara Warren, Allison Piscottano, and Kelly Hemmeler, for alleged personal injuries, to be further divided among them as they see fit; and

b.  Sixty Thousand Dollars ($60,000) shall be paid to Attorney Kathleen Eldergill as her attorneys fees for this action.

3.  The parties understand and agree that the payment of the aforesaid sum is not intended to constitute, nor shall it be regarded as, an admission of liability on the part of the State of Connecticut, the Office of the Attorney General, the Department of Public Safety or its Division of State Police, or any of their present or former officers, agents or employees, including the named defendants.  Rather, this stipulation between the parties constitutes a compromise settlement of the matters stated in this claim for the sole purpose of avoiding further expense and inconvenience to both parties in pursuing or defending this matter as might otherwise be required.

4.  The defendants shall not further litigate, nor appeal, the continued existence of the protective order regarding dissemination of discovery materials and/or use of information gained during the course of this lawsuit.

5.  The Connecticut Department of Pubic Safety further agrees to support ongoing dialogue between the President of the Waterbury Chapter of the Outlaws Motorcycle Club and the Statewide Cooperative Crime Control Task Force (SCCCTF), currently represented by Sergeant Robert Burgess, Connecticut State Police.

6.  The parties expressly acknowledge that this Stipulation of Settlement is intended to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of this lawsuit including, but not limited to, common law claims of trespass, assault & battery, negligence, false arrest and imprisonment, infliction of emotional distress, and any and all claims which may be brought pursuant to the Connecticut Constitution, and such claims as may be cognizable under Title 42 U.S.C. § 1983 for alleged violations of the plaintiffs' federal civil rights.  In furtherance thereof, the undersigned plaintiffs do now and forever release the defendants, Richard Williams, Richard Perron, Carmine Verno, Patrick Cauley, Frank Griffin, Peter Terenzi, Thomas Garbidian, Robert Burgess, Edward Gould, Daniel Lewis, Robert Keeney, Darren Edwards, Karen Gabianelli, Julie Mooney, Eric Stevens, Justin Kelley, Joseph Voket, Jeffrey Dubuc, Mark Wyler, Raoul Palen, Steven Orlowski, Arthur Walkley, Christopher Lunz, Steven Zonghetti, Daniel McCarthy, Christopher Toney, Joseph Mercer, Eric Basak, Michael Alogna, James Kodzis, Jeffrey Covello, William Rochette, in their individual capacities and the Commissioner, Department of Public Safety in his official capacity, their heirs,

4

successors and assigns, the State of Connecticut, its agencies, departments and commissions, and all of their present or former officers, agents and employees from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned lawsuit and appeal, if any, in accordance with the duly executed Release of Liability which is attached hereto as Exhibit A.

      7.  The parties agree that the terms and conditions of this Stipulation of Settlement shall be incorporated into the motion for order of dismissal referred to in paragraph 1 above, and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

      8.  The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants listed herein, and that the respective parties will each bear their own costs, fees, and expenses, and that any attorney's fees owed by the plaintiffs will be paid out of the settlement amount and not in addition thereto.

FOR THE PLAINTIFFS:

DATE: 2/13/07

Attorney Kathleen Eldergill
Beck & Eldergill, PC
447 Center Street
Manchester, Connecticut 06040
Tel: (860) 646-5606
Fed. Bar #Ct00024
THEIR ATTORNEY

FOR THE DEFENDANTS:

DATE:   February 15, 2007

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel: (860) 808-5450
Fed. Bar #Ct 05129
THEIR ATTORNEY