## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTY WARREN, ET AL.<br>Plaintiffs | NO. 3:04CV-0537 (JCH) |
| VS. | |
| RICHARD WILLIAMS, ET AL.<br>Defendants | MARCH 9, 2007 |

### MOTION FOR RELEASE OF DEPOSIT OF FUNDS

Pursuant to Rule 67(c) of the Local Rules, the undersigned states:

1) The Plaintiff in this action, Marty Warren, deposited a check in the amount of $500.00 in response to a motion for security of costs filed by the Defendants pursuant to Local Rule 83.3.

2) This matter has now been resolved by means of a Motion for Order of Dismissal and Stipulated Settlement which was granted by the court on March 6, 2007.

3) Pursuant to Rule 67(c) of the Local Rules, the undersigned hereby moves this Court to enter an order releasing said funds to the Plaintiff, Marty Warren, in accordance with the attached order.

4) The undersigned represents that defense counsel has no objection to the granting of this motion.

1

PLAINTIFFS

By: /s/ Kathleen Eldergill
    Kathleen Eldergill
    Federal Bar No.  ct00024
    Beck & Eldergill, P.C.
    447 Center Street
    Manchester, CT  06040
    Tel:  (860) 646-5606
    Fax: (860) 646-0054
    E-mail:  keldergill@beckeldergill.com

## ORDER

1) It is hereby ordered that the sum of $500.00 be released to:

    Marty Warren
    23 Union Street
    Naugatuck, CT  06770

2) The funds deposited were $500.00.

It is so ordered:    GRANTED   /   DENIED

_____
Judge / Clerk

2

## CERTIFICATION

I hereby certify that on March 9, 2007, a copy of the Foregoing Motion for Release of Deposit of Funds was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kathleen Eldergill
Kathleen Eldergill

OMC\Pleadings\MoRelCosts03-07pld.wpd

3